Benjamin Forman, Appellant, v. Sagamor Metal Goods Corporation et al., Respondents.—

No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

Dean Liquor Distributors, Inc., v. Somerset Importers, Ltd., et al.—

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Edwin Porges v. Frederick W. Dau, as Trustee for Certificate Holders in Issue No. 18,882 of Lawyers Mortgage Company.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Phebe Langrick et al., and Mary J. L. Frank v. Richard Rowe et al., Impleaded with Thomas F. Rowe et al.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Arbitration between Henry Behrens and Gertrud Feuerring et al.—

Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of Manqueen Corporation v. Reclamation and Building Corporation et al.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

Henrietta Maer (Substituted for Irwin M. Maer, Deceased) v. National Casualty Company.—

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Abraham B. Block et al. v. Standard Insurance Company of New York.

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Elizabeth M. M. Golata v. Manhattan Hall Studios, Inc.—

Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of the Arbitration between Aqua Mfg. Co., Inc., and H. Warshow & Sons, Inc.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

The People of the State of New York ex rel. Robert Schnabel against John J. McCloskey, Jr., as Sheriff of the City of New York.—

Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.